

# IN THE
## TENTH COURT OF APPEALS

### No. 10-12-00209-CV

**JAMES M. PENNEY,**

                                                                        **Appellant**

 **v.**

**DAWN GROUNDS, KENNETH L. DEAN,**
**FRED C. TADLOCK, RONALD R. FITZ-RANDOLPH, JR.,**
**AND JOHNNY J. KUZENKA, JR.,**

                                                                        **Appellees**

————————————

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. COT-06-37154**

## MEMORANDUM OPINION

The Clerk of this Court notified the parties in a February 15, 2013 letter that the appellant's brief was overdue in this cause and that the appeal may be dismissed if a response showing grounds for continuing the appeal was not filed within twenty-one days. No response has been received. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed March 28, 2013
[CV06]